**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DANA ARNOLD doing business as
Fight the Mob,

        Plaintiff,

vs.                                              Case No.  3:12-cv-894-J-34JRK

ANYONE WHO HAS NOT JOINED TEAM
USA / ALLIED FORCE NATION AS WAR
IS HERE, BECAUSE OF THE SCIENCE
OF PSYCHIC HUMAN ELECTRICITY,

        Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

      This cause is before the Court on the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. No. 2), which the Court construes as a Motion to Proceed In Forma Pauperis ("Motion"), filed August 8, 2012.  Simultaneously with the Motion, Plaintiff filed a Complaint (Doc. No. 1; "Compl.").  Upon review of the Complaint and the file, the undersigned recommends that this case be dismissed without prejudice on the basis of frivolity.

      Plaintiff summarizes the purpose of his Complaint as follows: "To win war and to solve for it into the future, as a business. Also, [Plaintiff] want[s] to process the settlement to war after a declassified situation."  Compl. at 2.  Plaintiff claims that "[t]he people of the USA are experiencing war from a medium of science [Plainitff] call[s] psychic human electricity."  Id.

---

[1]     Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document.  Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual allegations on appeal.

at 3.  Plaintiff claims that "[t]he mob is responsible."  Id.  According to Plaintiff, "[p]eople shoot electricity out of their heads, and then it gets sent to a transmitter person who collects it and bundles it."  Id.  Plaintiff provides details on how this process occurs.  Id.  Although he describes this situation as a "war," Plaintiff calls it "a nonemergency because the police and military keep the level of bundled human electricity to a level that does not hurt very much."  Id.

Plaintiff then lists six (6) specific complaints and a litany of laws that allegedly apply to his case.  Id. at 4-7. Plaintiff outlines specific needs that he has, including the "need to make out [his] last will and testament," the "need to do a media process of the Bioelectricity Radio Channel"; the "need to declassify the subject of the science of bundled, projected psychic electricity"; and the possible need of "police protection, on the road or water, or events."  Id. at 8.  Plaintiff also requests "a place to think and money."  Id.  Plaintiff would like "peace on earth" and the ability "to look into the future and see space as a place that will be colonized."  Id. at 8-9.

A court receiving an application to proceed in forma pauperis must dismiss the case sua sponte if it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."  28 U.S.C. § 1915(e)(2)(B).  With respect to frivolousness, the United States Supreme Court has recognized that "a litigant whose filing fees and court costs are assumed by the public . . . lacks an economic incentive to refrain from filing frivolous, malicious, or repetitive lawsuits."  Neitzke v. Williams, 490 U.S. 319, 324 (1989).  Thus, the Court is empowered with the discretion to dismiss the action sua sponte if it is frivolous or

malicious. See id. A complaint is frivolous when it lacks an arguable basis either in law or in fact. Id. at 325. Dismissal of a complaint pursuant to this principle should be ordered only if the complaint relies on clearly meritless legal theories, see id. at 327, or when the facts asserted therein "are 'clearly baseless,'" Denton v. Hernandez, 504 U.S. 25, 32 (1992) (quoting Neitzke, 490 U.S. at 327).

While the Court generally provides pro se plaintiffs an opportunity to amend their complaints, no such opportunity will be given here because any amendment would be futile. Plaintiff's claims are so far from reality and are based on facts that are "clearly baseless" so as to justify dismissal on the basis of frivolity. Denton, 504 U.S. at 32 (internal quotations and citation omitted).

After due consideration, it is

**RECOMMENDED**:

1. That the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. No. 2), which the Court construes as a Motion to Proceed In Forma Pauperis, be **DENIED**.

2. That this matter be **DISMISSED without prejudice** on the basis of frivolity.

3. That the Clerk of Court be directed to close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on September 19, 2012.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

jld

Copies to:

Honorable Marcia Morales Howard
United States District Judge

*Pro Se* Party