**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANA ARNOLD, doing business as
Fight the Mob,

                Plaintiff,

-vs-                                              Case No.: 3:12-cv-894-J-34JRK

ANYONE WHO HAS NOT JOINED TEAM
USA / ALLIED FORCE NATION AS WAR
IS HERE, BECAUSE OF THE SCIENCE
OF PSYCHIC HUMAN ELECTRICITY,

                Defendant.
_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 5; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on September 19, 2012. In the Report, Magistrate Judge Klindt recommends that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Dkt. No. 2), which the Court construes as a Motion to Proceed In Forma Pauperis, be denied, and this case be dismissed without prejudice on the basis of frivolity. See Report at 3. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1]  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 5) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Dkt. No. 2), which the Court construes as a Motion to Proceed In Forma Pauperis, is **DENIED**.

3. This case is **DISMISSED without prejudice** on the basis of frivolity.

---

[1] Indeed, Plaintiff's allegations are "fantastical and implausible." Qamar v. CIA, 2012 WL 3964470, at *2 (11th Cir. September 11, 2012). A court may "dismiss a complaint as frivolous when the facts alleged 'rise to the level of the irrational or wholly incredible' or lack an 'arguable basis either in law or in fact.'" Id. (citing Denton v. Hernandez, 504 U.S. 25, 33 (1992)) (internal quotations and addition citation omitted).

4. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of October, 2012.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Pro Se Party